FILED

MAR X 8 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. JOHNSON, | No. C-98-4043 SI |
| Petitioner, | **ORDER** |
| v. | |
| ROBERT L. AYERS JR., Warden, | |
| Defendant. | |

IT IS HEREBY ORDERED that plaintiff's request to refer this case to the e.filing program is granted. This case is now subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI of which requires that all documents in such a case be filed electronically.

Instructions and forms for registering as an ECF User as required by Section IV (A) of General Order 45, as well as other information regarding the Court's ECF program including General Order 45 itself, may be found on the Court's Web site at **ecf.cand.uscourts.gov**.

**IT IS SO ORDERED.**

Dated: 3/8/07

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHNSON,
   Petitioner,

v.

S.W. Ornoski
   Respondent.
_____/

No. C -98-4043SI

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 11, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lynne S. Coffin, Esq.
38 Miller Ave., Suite 327
Mill Valley, CA 94941

John Philipsborn
Law Offices
Civic Center Building
507 Polk Street, Suite 350
San Francisco, CA 94102

Greg Ott
CA State Attorney General's Office
455 Golden Gate Ave
 Suite 11000
San Francisco, CA 94102

G. O. Kolombatovich

Federal Court Docketing
California Appellate Project
101 Second Street, Suite 600
San Francisco, CA 94105

Habeas Corpus Resource Center
50 Fremont Street, Suite 1800
San Francisco, CA 904105

Richard W. Wieking, Clerk

By: _____
Tracy Sutton
Deputy Clerk