UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Willie D. JOHNSON, | Case Number 3-98-cv-4043-SI |
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | ORDER DIRECTING FILING OF PROPOSED SCHEDULE |
| Robert L. AYERS Jr., Warden of San Quentin State Prison, | |
| Respondent. | [] |

On May 3, 2007, the parties filed a joint case-management statement. The statement indicates, and the Court appreciates, that the parties are proceeding apace with discovery. However, the statement does not contain a proposed schedule that would assist the Court in developing a scheduling order. Accordingly, and good cause therefor appearing, within ten days after the date of the present order, the parties shall file a proposed schedule setting forth specific dates by which the parties expect to complete the various activities discussed in the joint statement.

*It is so ordered.*

DATED: May 4, 2007

_____
SUSAN ILLSTON
United States District Judge

1