UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Willie D. JOHNSON, | Case Number 3-98-cv-4043-SI |
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | ORDER DIRECTING FILING OF JOINT STATEMENT AND PROPOSED SCHEDULE |
| Robert L. AYERS Jr., Warden of San Quentin State Prison, | |
| Respondent. | [] |

The parties previously indicated that they anticipated completing discovery on or about December 31, 2007. Good cause therefor appearing, not later than thirty days after the present order is filed, the parties shall file a joint statement indicating the status of discovery and proposing a schedule or schedules for resolving the present action as expeditiously as possible.

*It is so ordered.*

DATED: _____

_____
SUSAN ILLSTON
United States District Judge

1