IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE D. JOHNSON,**<br><br>                              Petitioner,<br><br>        v.<br><br>**S.W. ORNOSKI, Warden,**<br><br>                              Respondent. | Case No. C 98-4043 SI<br><br>**[PROPOSED] ORDER** |

The parties having jointly stipulated to a rescheduling of the upcoming case management conference in this case, and good cause appearing, IT IS HEREBY ORDERED.

The case management conference currently scheduled for Tuesday, July 7, 2009, at 2:30 p.m. in this matter is hereby rescheduled to **Thursday, July ~~9~~ 16, ~~2009, at 1:45 p.m.~~** 11:30 am

Dated: _____     _____
                                                                The Honorable Susan Illston
                                                                UNITED STATES DISTRICT JUDGE

1

[Proposed] Order (No. C 98-4043 SI)