IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE D. JOHNSON,**<br><br>Petitioner,<br><br>v.<br><br>**S.W. ORNOSKI, Warden,**<br><br>Respondent. | Case No. C 98-4043 SI<br><br>**[PROPOSED] ORDER** |

The parties having jointly stipulated to a rescheduling of the upcoming case management conference in this case, and good cause appearing, IT IS HEREBY ORDERED.

The case management conference currently scheduled for Tuesday, July 7, 2009, at 2:30 p.m. in this matter is hereby rescheduled to **Thursday, July 9̶, 2009, at 1:45 p.m.** 16  11:30 am

Dated: _____

_____
The Honorable Susan Illston
UNITED STATES DISTRICT JUDGE

1

[Proposed] Order (No. C 98-4043 SI)