1  EDMUND G. BROWN JR.
   Attorney General of California
2  RONALD S. MATTHIAS
   Senior Assistant Attorney General
3  GREGORY A. OTT
   Deputy Attorney General
4  State Bar No. 160803
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5964
6    Fax:  (415) 703-1234
     E-mail:  Gregory.Ott@doj.ca.gov
7  *Attorneys for Respondent*

8  LYNNE S. COFFIN, SBN 121389
   LAW OFFICES OF LYNNE S. COFFIN
9    38 Miller Avenue, #328
     Mill Valley, CA 94941
10   415-388-2432
     lscoffin@aol.com
11 JOHN T. PHILIPSBORN, SBN 83944
   LAW OFFICES OF JOHN T. PHILIPSBORN
12   507 Polk Street, Suite 350
     San Francisco, CA 94102
13   415-771-3801
     jphilipsbo@aol.com
14 *Attorneys for Petitioner*

15                 IN THE UNITED STATES DISTRICT COURT

16                FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18

19 | **WILLIE D. JOHNSON,** | C 98-4043 SI JL

20 | Petitioner, | **JOINT STIPULATION REGARDING PREHEARING DISCOVERY CUTOFF**

21 | **v.** |

22 | | Evidentiary Hearing Date:  March 15, 2010

23 | **S. W. ORNOSKI, Warden,** |

24 | Respondent. |

25        Per the Court's request at the July 16, 2009, case management conference in this case,

26 counsel for petitioner and respondent have met and conferred concerning discovery deadlines in

27 anticipation of the March 3, 2010, pretrial conference and March 15, 2010 evidentiary hearing in

28 this matter.  Counsel have agreed upon the following deadlines:

                                        1

<u>September 15, 2009</u>:  Petitioner will provide to respondent the reports of all expert witnesses, if existing, and all material, including raw test data and tape or audio recordings of interviews or tests, that petitioner's expert witnesses have reviewed or upon which such experts have relied in reaching their respective opinions.  The parties have agreed that if the above material has already been exchanged (e.g., trial counsel's files or the transcript of trial), such material need only be identified in lieu of providing redundant material.

<u>November 15, 2009</u>:  Respondent will provide to petitioner the reports of all expert witnesses, if existing, and all material, including raw test data and tape or audio recordings of interviews or tests, that respondent's expert witnesses have reviewed or upon which such experts have relied in reaching their respective opinions.  The parties have agreed that if the above material has already been exchanged (e.g., trial counsel's files or the transcript of trial), such material need only be identified in lieu of providing redundant material.

<u>February 15, 2010</u>:  Deadline for depositions of expert and lay witnesses.

<u>February 20, 2010</u>:  Deadline for the exchange of final evidentiary hearing witness lists and evidentiary hearing exhibits.

The parties note the possibility of an exception to the above September 15 and November 15 deadlines only as they pertain to audio forensic experts.  While the parties anticipate exchanging audio expert information according to the above schedule, the parties have agreed that informal revision may be necessary should any delay arise in obtaining the original audiotape, which is to be reviewed by the experts, from the Contra Costa County Superior Court.

Joint Stipulation Re Prehearing Discovery Cutoff (No. C 98-4043 SI)

1    Dated:  July 23, 2009                    Respectfully submitted,

2                                             LYNNE S. COFFIN
                                             LAW OFFICES OF LYNNE S. COFFIN
3
                                             JOHN T. PHILIPSBORN
4                                            LAW OFFICES OF JOHN T. PHILIPSBORN
                                             *Attorneys for Petitioner*
5

6                                            /s/ John T. Philipsborn
                                             BY:  JOHN T. PHILIPSBORN
7

8
                                             EDMUND G. BROWN JR.
9                                            Attorney General of California
                                             RONALD S. MATTHIAS
10                                           Senior Assistant Attorney General

11

12                                           /s/ Gregory A. Ott
                                             GREGORY A. OTT
13                                           Deputy Attorney General
                                             *Attorneys for Respondent*
14
     SF1999XW0001
15   20212495.doc

16

17

18                                           IT IS SO ORDERED

19

20                                                    Judge Susan Illston

21

22

23

24

25

26

27

28

                                   3

                     Joint Stipulation Re Prehearing Discovery Cutoff (No. C 98-4043 SI)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Johnson v. Ornoski, Warden**

No.:   **C 98-4043 SI**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 23, 2009, I served the attached **JOINT STIPULATION REGARDING PREHEARING DISCOVERY CUTOFF** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Michael G. Millman
California Appellate Project
101 Second St., Suite 600
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 23, 2009, at San Francisco, California.

| D. Desuyo | /s/    D. Desuyo |
|:---:|:---:|
| Declarant | Signature |

SF1999XW0001
20209339.doc