IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JOHNSON, | No. C 98-04043 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| ORNOSKI, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

PRETRIAL CONFERENCE DATE: March 2, 2010 at 3:30 PM.

TRIAL DATE: March 15, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 4 weeks.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties anticipate approximately 41 witnesses (30 fact and 11 expert).
Counsel shall meet and confer to devise a discovery plan and submit it to the Court by 7/23/09.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge