IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. JOHNSON, | No. C-98-4043-SI |
| Petitioner, | ORDER GRANTING JOINT MOTION TO RESET EVIDENTIARY HEARING SCHEDULE |
| v. | |
| VINCENT CULLEN,[1] Acting Warden of California State Prison at San Quentin, | **DEATH PENALTY CASE** |
| Respondent. | |

The parties' Joint Motion to Reset Evidentiary Hearing Schedule is granted. The evidentiary hearing will commence at 8:30 a.m. on August 30, 2010.

**IT IS SO ORDERED.**

Dated: February 26, 2010

SUSAN ILLSTON
United States District Judge

---

[1] Vincent Cullen is automatically substituted for Robert K. Wong, pursuant to Federal Rule of Civil Procedure 25(d).