ORIGINAL
FILED

APR 2 8 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. JOHNSON,<br><br>                    Petitioner,<br><br>v.<br><br>S.W. ORNOSKI, Warden,<br><br>                    Respondent. | **CAPITAL CASE NO. C-98-4043-SI**<br><br>**[PROPOSED] ORDER FOR PRODUCTION AND TRANSPORTATION OF PETITIONER WILLIE D. JOHNSON FROM THE CALIFORNIA DEPARTMENT OF CORRECTIONS FOR REQUIRED HEARING** |

Pursuant to an Order of this Court, Chief Magistrate James L. Larson conducted an initial inquiry into attorney-client issues that have reportedly arisen between Petitioner and his counsel.

Based on the report of Chief Magistrate Judge Larson, THIS COURT NOW ORDERS that Petitioner Willie D. Johnson, who is currently an inmate of the California Department of Corrections, housed at San Quentin State Prison, San Quentin, California, under prisoner number C-35635, shall be transported to the Federal District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, 94102, to appear before Chief Magistrate Judge Larson on May 10 , 2010, at 10:00 A.M.,  and anytime thereafter as ordered by Chief Magistrate Judge Larson. This hearing is ordered so that Mr. Johnson may discuss his concerns regarding his lawyers with the Court, and so that the Court, through its Chief

1  Magistrate Judge, may inquire into an apparent conflict of interest which is reportedly
2  affecting the progress and integrity of the litigation before this Court.

3      IT IS FURTHER ORDERED that the Attorney General and any of his
4  representatives will not be present at the May 10, 2010 hearing until further Order of
5  this Court, including any further Order issued by the Chief Magistrate Judge.

6      MR. JOHNSON shall be returned to San Quentin, and to the custody of the
7  California Department of Corrections, upon completion of the proceedings and inquiry
8  provided for by this ORDER.

9

10  DATED: 4|27|10

11

12

13

14                  THE HONORABLE  SUSAN  ILLSTON
                  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28