IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE D. JOHNSON,** | Case No. C 98-4043 SI |
| Petitioner, | **[PROPOSED] ORDER FOR TRANSPORTATION AND PRODUCTION OF PETITIONER** |
| **v.** | |
| **VINCENT CULLEN, Warden,** | |
| Respondent. | |

The Court has scheduled a status conference in this matter to take place at 11:00 a.m. on June 30, 2010.  Accordingly,

IT IS HEREBY ORDERED that Respondent Vincent Cullen, Acting Warden of San Quentin State Prison, shall transport and produce Petitioner, San Quentin State Prison inmate Willie Darnell Johnson, prisoner number C-35635, at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, Courtroom 10, 19th Floor, at 11:00 a.m. on June 30, 2010, and thereafter as directed by the Court, after which time Petitioner Johnson may be returned transferred back to San Quentin State Prison.

Dated: _____6/24/10_____

_____
SUSAN ILLSTON
United States District Judge

1