UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Willie D. JOHNSON,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>Vince CULLEN, Acting Warden of San Quentin State Prison,<br><br>　　　　　　　Respondent. | Case Number 3-98-cv-4043-SI<br><br>DEATH-PENALTY CASE<br><br>ORDER DIRECTING FILING OF JOINT STATEMENT REGARDING STATUS OF EXPERT DISCOVERY AND PREPARATIONS FOR EVIDENTIARY HEARING |

　　　Expert discovery in the above-captioned capital habeas action was due to be completed on October 29, 2010, in preparation for the evidentiary hearing that is set to commence on February 14, 2011. Good cause appearing therefor, within fourteen days after the present order is posted, the parties shall file a joint statement regarding the status of expert discovery and preparations for the evidentiary hearing.

　　　**IT IS SO ORDERED.**

DATED: November 1, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1