# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Willie D. JOHNSON, | Case Number 3-98-cv-4043-SI |
| Petitioner, | DEATH-PENALTY CASE |
| v. | ORDER SCHEDULING STATUS CONFERENCE |
| Vince CULLEN, Acting Warden of San Quentin State Prison, | |
| Respondent. | |

Good cause appearing therefor, the Court will hold a status conference in the above-captioned capital habeas action at 4:00 p.m. on January 26, 2011, regarding the status of discovery and preparations for the evidentiary hearing.  The parties shall file a joint updated status report by 4:00 p.m. on January 24, 2011.

**IT IS SO ORDERED.**

DATED:  January 5, 2011

_____
SUSAN ILLSTON
United States District Judge

1