1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  WILLIE D. JOHNSON,            ) | **CAPITAL CASE NO. C-98-4043-SI** |
|                                    ) | |
| 11           Petitioner,           ) | **ORDER FOR LODGING AND** |
|                                    ) | **DISTRIBUTION OF THE FILES OF** |
| 12  v.                             ) | **DR. DALE WATSON, PhD., AND** |
|                                    ) | **PROTECTIVE ORDER LIMITING** |
| 13  S.W. ORNOSKI, Warden,          ) | **DISSEMINATION OF THE FILES** |
|                                    ) | |
| 14           Respondent.           ) | **Dept: Hon. Susan Illston,** |
|     _____) | **District Court Judge** |

17   _____GOOD CAUSE APPEARING, on application by both parties, IT IS ORDERED that

18   Dr. Dale Watson, PhD., shall lodge a copy of his entire testing and evaluation file of

19   Petitioner Willie Johnson, including any test booklets, notes of statements, testing related

20   notes, and the like, with the Court in a sealed envelope. This Order hereby authorizes

21   counsel for each party to receive a copy of Dr. Watson's files, and to distribute said files to

22   their respective mental health experts. The files shall be distributed to no other persons

23   absent a further Order of the Court. Dr. Watson's file shall be permitted to be used during

24   the litigation of this case only, and shall not be distributed either by counsel, or the parties'

25   designated experts, to any other persons. It is the intent of this Court to minimize the

26   circulation of Dr. Watson's files so as to not compromise Dr. Watson's assertion of his

27   ethical obligations which both parties have recognized are customarily asserted by experts in

28   //

1 | Dr. Watson's profession.
2 | _____Counsel for Petitioner are directed to serve this Order on Dr. Dale Watson within 2
3 | 2 days of this filing.
4 | Dated: _____1/28/11_____, 2011

_____
THE HONORABLE SUSAN ILLSTON
DISTRICT JUDGE