IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. JOHNSON,     Petitioner,  v.  S.W. ORNOSKI, Warden,     Respondent.  _____ | CAPITAL CASE NO. C-98-4043-SI  **ORDER FOR LODGING AND DISTRIBUTION OF THE FILES OF DR. DALE WATSON, PhD., AND PROTECTIVE ORDER LIMITING DISSEMINATION OF THE FILES**  **Dept: Hon. Susan Illston,        District Court Judge** |

_____GOOD CAUSE APPEARING, on application by both parties, IT IS ORDERED that Dr. Dale Watson, PhD., shall lodge a copy of his entire testing and evaluation file of Petitioner Willie Johnson, including any test booklets, notes of statements, testing related notes, and the like, with the Court in a sealed envelope. This Order hereby authorizes counsel for each party to receive a copy of Dr. Watson's files, and to distribute said files to their respective mental health experts. Respondent has requested, and the Court Orders, that a copy of these records be forwarded directly to Dr. Daniel Martel, Forensic Neuroscience Consultants, Inc., 2906 Lafayette, Newport Beach, California, 92663. The files shall be distributed to no other persons absent a further Order of the Court.

A copy of Dr. Watson's file shall have been deposited with the Court for distribution to case counsel, and to Dr. Martel, no later than March 7, 2011.

Dr. Watson's file shall be permitted to be used during the litigation of this case only,

and shall not be distributed either by counsel, or the parties' designated experts, to any other persons.  It is the intent of this Court to minimize the circulation of Dr. Watson's files so as to not compromise Dr. Watson's assertion of his ethical obligations which both parties have recognized are customarily asserted by experts in Dr. Watson's profession.

_____Counsel for Petitioner are directed to serve this Order on Dr. Dale Watson within 2 2 days of this filing.

Dated:  2/2/11

_____
THE HONORABLE SUSAN ILLSTON
DISTRICT JUDGE