```
LYNNE S. COFFIN (SBN 121389)
E-mail:      LSC@Coffinlawgroup.com
Coffin Law Group
1030 W. Edgeware Rd.
Los Angeles, CA 90026
Telephone:   (213) 221-7452
Facsimile:   (866) 334-5441

JOHN T. PHILIPSBORN (SBN 83944)
E-mail:      Jphilipsbo@aol.com
507 Polk Street, Suite 350
San Francisco, California 94102
Telephone:   (415) 771-3801
Facsimile:   (415) 771-3218
```

Attorneys for Petitioner
Willie D. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. JOHNSON,<br><br>    Petitioner;<br><br>vs.<br><br>VINCENT CULLEN, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. C-98-4043-SI<br><br>[~~PROPOSED~~] ORDER CHANGING DATE FOR STATUS CONFERENCE<br><br>**DEATH PENALTY CASE** |

    HAVING reviewed the Application and Declaration of Counsel and GOOD CAUSE APPEARING the status conference is rescheduled to ___May 6, 2011 @ 4 p.m.

Dated:  4/19/11

_____
Honorable Judge Susan Illston
United States District Court Judge

Case No. C-98-4043-SI                    1
Proposed Order Changing Date for Status Conference