Lynne S. Coffin (SBN 121389)
Coffin Law Group
548 Market Street, #95752
San Francisco, California 94104
Telephone:  (415) 218-8106
Facsimile:   (866) 334-5441
Email: lsc@coffinlawgroup.com

John T. Philipsborn (SBN 83944)
Law Office of John T. Philipsborn
Civic Center Building
507 Polk Street
San Francisco, California 94102
Telephone:  (415) 771-3801
Facsimile:   (415) 771-3218
Email:  jphilipsbo@aol.com

Attorneys for Defendant
Willie D. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. JOHSON,<br><br>    Petitioner,<br><br>vs.<br><br>Warden, San Quentin State Prison,<br><br>    Respondent. | Case No. C  98-4043 SI<br><br>**[~~PROPOSED~~] ORDER RE EXTENTION OF TIME TO FILE BRIEFING RE 2254(d)** |

    Having received and reviewed the parties' stipulation to extend the time to file petitioner's briefing to August 12, 2011 and

    GOOD CAUSE APPEARING, it is hereby ORDERED that petitioner may file his

Case No. C98-4043 SI                             1
STIPULATION TO CONTINUE BRIEFING RE 2254 (d)

opening brief re U.S.C. § 2254(d) by August 8, 2011.

    IT IS SO ORDERED.

DATED: 6/29/11

                                    Hon. Susan Illston
                                    United States District Court Judge