1  Lynne S. Coffin (SBN 121389)
2  Coffin Law Group
   548 Market Street, #95752
3  San Francisco, California 94104
   Telephone:   (415) 218-8106
4  Facsimile:   (866) 334-5441
5  Email: lsc@coffinlawgroup.com

6  John T. Philipsborn (SBN 83944)
   Law Office of John T. Philipsborn
7  Civic Center Building
8  507 Polk Street
   San Francisco, California 94102
9  Telephone:   (415) 771-3801
   Facsimile:   (415) 771-3218
10 Email:  jphilipsbo@aol.com

11
   Attorneys for Defendant
12 Willie D. Johnson

13

14

15            IN THE UNITED STATES DISTRICT COURT

16        FOR THE NORTHER DISTRICT OF CALIFORNIA

17 | WILLIE D. JOHSON,                  | Case No. C  98-4043 SI
18 |         Petitioner,                 | [~~PROPOSED~~] ORDER RE
19 |                                     | EXTENTION OF TIME TO FILE
20 | vs.                                 | BRIEFING RE 2254(d)
21 | Warden, San Quentin State Prison,   |
22 |                                     |
23 |         Respondent.                 |

24         Having received and reviewed the parties' stipulation to extend the time to file
25 petitioner's briefing to August 15, 2011 and
26         GOOD CAUSE APPEARING, it is hereby ORDERED that petitioner may file his
27

28

1
2  opening brief re U.S.C. § 2254(d) by August 15, 2011.   Respondent's brief is due on

3  October 3, 2011, and Petitioner's Reply brief is due on October 31, 2011.

4          IT IS SO ORDERED.

5  DATED:____8/9/11_____

6                                                   Hon. Susan Illston
                                                    United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28