Lynne S. Coffin (SBN 121389)
Coffin Law Group
548 Market Street, #95752
San Francisco, California 94104
Telephone: (415) 218-8106
Facsimile: (866) 334-5441
Email: lsc@coffinlawgroup.com

John T. Philipsborn (SBN 83944)
Law Office of John T. Philipsborn
Civic Center Building
507 Polk Street
San Francisco, California 94102
Telephone: (415) 771-3801
Facsimile: (415) 771-3218
Email: jphilipsbo@aol.com

Attorneys for Defendant
Willie D. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. JOHSON,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL MARTEL, Warden, San Quentin State Prison,<br>    Respondent. | Case No. C 98-4043 SI<br><br>**[PROPOSED] ORDER RE STIPULATION TO CONTINUE REPLY BRIEFING RE 2254(d)** |

HAVING REVIEWED THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, this Court ORDERS that Petitioner may file his Reply Brief re 28 U.S.C. § 2254(d) by November 16, 2011.

1  IT IS SO ORDERED.
2
3  Dated: __11/2/11_____                    _____
4                                                 Hon. Susan Illston
                                                  U.S. District Court Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28