LYNNE S. COFFIN
Coffin Law Group
State Bar Number 121389
548 Market Street #95752
San Francisco, CA 94104
Tel:     (415) 218-8106
Email: lsc@coffinlawgroup.com

JOHN T. PHILIPSBORN
State Bar Number 83944
Civic Center Building
507 Polk Street
San Francisco, CA 94102
Tel:     (415) 771-3801
Email: jphilipsbo@aol.com

Attorneys for Petitioner
WILLIE D. JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. JOHNSON ) <br> ) <br> Petitioner, ) <br> ) <br> V. ) <br> ) <br> ) <br> MICHAEL MARTEL, in his ) <br> capacity as warden of San Quentin ) <br> Prison, ) <br> ) <br> Respondent. ) <br> _____) | **CAPITAL CASE NO. C-98-4043-SI** <br><br> [PROPOSED] ORDER RE: MOTION TO FILE OVERSIZED BRIEF |

Having reviewed counsel's application and declaration in support thereof and good cause appearing, it is hereby ORDERED that petitioner's request to file an oversized brief in support of his briefing re 28 U.S.C §2254(d) is granted.

Dated:_____12/14/11_____                              _____/s/ Susan Illston_____
                                                                              Honorable Susan Illston
                                                                              U.S. District Court Judge

[Proposed] Order re: Application to File Oversized Brief
No. 98-4043 SI                                              1