# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Willie D. JOHNSON,<br><br>                Petitioner,<br><br>    v.<br><br>Kevin CHAPPELLE,<br>Acting Warden of San Quentin State Prison,<br><br>                Respondent. | Case Number 3-98-cv-4043-SI<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER REGARDING PETITIONER'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER REGARDING § 2254(d)(1) |

The Court recently issued its Order Regarding § 2254(d)(1) in this capital habeas action. (Doc. No. 315.) At the conclusion of the Order, the Court directed the parties to file jointly a proposed briefing schedule by April 27, 2012. (*Id.* at 25.)

Petitioner has filed a Motion for Order Giving Leave to File for Reconsideration of the Court's Order Regarding § 2254(d)(1). (Doc. No. 316.) Respondent is not required to respond to the Motion. *See* Civ. L.R. 7-11(d). However, if he wishes to file a *brief* response, he may do so on or before April 27, 2012, at which time the Court will take the Motion under submission. The Court's direction to file jointly a proposed briefing schedule is stayed pending further order of the Court.

**IT IS SO ORDERED.**

DATED: April 5, 2012

                                                                            SUSAN ILLSTON<br>
                                                                            United States District Judge