LYNNE S. COFFIN (SBN 121389)
E-mail: LSC@Coffinlawgroup.com
Coffin Law Group
548 Market St., #95752
San Francisco, CA 94104
Telephone: (415) 218-8106
Facsimile: (866) 334-5441

JOHN T. PHILIPSBORN (SBN 83944)
E-mail: Jphilipsbo@aol.com
507 Polk Street, Suite 350
San Francisco, California 94102
Telephone: (415) 771-3801
Facsimile: (415) 771-3218

Attorneys for Petitioner
Willie D. Johnson

GREGORY A. OTT (SBN 160803)
Email: Gregory.ott@doj.ca.gov
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5964
Facsimile: (415) 703-1234

Attorneys for Respondent
Warden, San Quentin State Prison

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. JOHNSON,<br><br> Petitioner;<br><br>vs.<br><br>KEVIN CHAPPELLE, Warden of San Quentin State Prison,<br><br> Respondent. | Case No. C-98-4043-SI<br><br>[~~Proposed~~] Order re Schedule for Briefing of Proceedings<br><br>**DEATH PENALTY CASE** |

1 | Having reviewed the Proposed Joint Briefing Schedule filed by the parties, and good
2 | cause appearing, it is hereby ORDERED that the parties may file briefs pursuant to this
3 | Court's Order (Doc. 321) as follows:

| | |
|---|---|
| Petitioner's Opening Brief | June 30, 2013 |
| Respondent's Opposition Brief | July 30, 2013 |
| Petitioner's Reply Brief | August 13, 2013 |

Dated:   5/23/13

_____
Hon. Susan Illston
United States District Court Judge