1  LYNNE S. COFFIN (SBN 121389)
   E-mail:    LSC@Coffinlawgroup.com
2  Coffin Law Group
3  548 Market St., #95752
   San Francisco, CA 94104
4  Telephone:  (415) 218-8106
5  Facsimile:  (866) 334-5441

6  JOHN T. PHILIPSBORN (SBN 83944)
   E-mail:    Jphilipsbo@aol.com
7  507 Polk Street, Suite 350
8  San Francisco, California 94102
   Telephone:  (415) 771-3801
9  Facsimile:  (415) 771-3218

10
11 Attorneys for Petitioner
   Willie D. Johnson

12 GREGORY A. OTT (SBN 160803)
   Email:    Gregory.ott@doj.ca.gov
13 California State Attorney General's Office
14 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
15 Telephone:  (415) 703-5964
   Facsimile:  (415) 703-1234
16
17 Attorneys for Respondent
   Warden, San Quentin State Prison

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. JOHNSON,<br><br>    Petitioner;<br><br>vs.<br><br>KEVIN CHAPPELLE, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. C-98-4043-SI<br><br>[~~Proposed~~] Order re Schedule for Briefing of Proceedings<br><br>**DEATH PENALTY CASE** |

1  Having reviewed the Proposed Joint Briefing Schedule filed by the parties, and good

2  cause appearing, it is hereby ORDERED that the parties may file briefs pursuant to this

3  Court's Order (Doc. 321) as follows:

| | |
|---|---|
| Petitioner's Opening Brief | June 30, 2013 |
| Respondent's Opposition Brief | July 30, 2013 |
| Petitioner's Reply Brief | August 13, 2013 |

Dated:   5/23/13   _____
Hon. Susan Illston
United States District Court Judge