**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT L. AYERS, JR., Warden, San Quentin State Prison,<br><br>    Respondent.<br>_____/ | No. C 98-4043 SI<br><br>DEATH PENALTY CASE<br><br>**ORDER GRANTING RESPONDENT'S THIRD REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE A RESPONSE** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall have until January 27, 2015, to file his response to petitioner's Memorandum of Points and Authorities Re: Adjudication of Claims (Doc. 352). Petitioner's reply is due within 15 days of service of the response.

IT IS SO ORDERED.

DATED: December 8, 2014

_____
SUSAN ILLSTON
United States District Judge