UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JOHNSON, | No. C 98-4043 SI |
| Petitioner, | |
| | DEATH PENALTY CASE |
| v. | |
| RON DAVIS, Warden, San Quentin State Prison, | **ORDER GRANTING PETITIONER'S MOTIONS TO SEAL AND MOTIONS TO WITHDRAW AS COUNSEL** |
| Respondent. | |

Petitioner's counsel have both filed motions to withdraw as counsel (ECF Doc. Nos. 356, 358) and motions to seal the motions to withdraw as counsel (ECF Doc. No. 354, 355, and 357). Having reviewed the motions to seal and finding good cause appearing, the motions to seal the motions to withdraw and accompanying affidavits are granted.

Good cause appearing, the motions to withdraw as counsel also are granted. Termination of counsel will be effective after the reply to respondent's opposition, currently due February 11, 2015, is filed. The Court notes that it has granted all three of respondent's motions for an extension of time in which to file an opposition to petitioner's opening brief. In an effort to expedite petitioner's counsels'

withdrawal, the Court will not grant a fourth such motion.

    IT IS SO ORDERED.

DATED: December 22, 2014

SUSAN ILLSTON  
United States District Judge