1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE D. JOHNSON,** <br><br> Petitioner, <br><br> v. <br><br> **RON DAVIS, Warden, San Quentin State Prison,** <br><br> Respondent. | Case No. 98-cv-4043 SI <br><br> <u>DEATH PENALTY CASE</u> <br><br> ~~[PROPOSED]~~ **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

Good cause appearing, IT IS HEREBY ORDERED that the case management conference previously scheduled for July 7, 2016, at 11:00 a.m. in this matter is rescheduled to August __12__, 2016, at __3__:__00__ __p__.m., in Courtroom No. 1, 17th Floor.  The parties shall file a joint case management conference statement no later than July 28, 2016.

Dated: __6/20/16__

_____
SUSAN ILLSTON
United States District Judge

1