UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DARNELL JOHNSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT L. AYERS, JR., et al.,<br><br>    Defendants. | Case No. 98-cv-04043-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 9, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

PRETRIAL CONFERENCE DATE: November 30, 2017 at 3:30 PM.

EVIDENTIARY HEARING DATE: January 8, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Plaintiff's deposition shall occur either during the week of 6/20/17 or 6/27/17. Counsel shall inform the Court when the date has been set.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.


Dated:  4/27/17

_____
SUSAN ILLSTON
United States District Judge