# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

WILLIE DARNELL JOHNSON,

            Plaintiffs,

      v.

ROBERT L. AYERS, JR., et al.,

            Defendants.

Case No. 98-cv-04043-SI (SI)

**SECOND**
**PRETRIAL PREPARATION ORDER**
**(CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PRETRIAL CONFERENCE DATE:  February 27, 2018  at 3:30 PM.

TEN (10) DAY EVIDENTIARY HEARING DATE:  March 12, 2018 at 8:30 AM.
     Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Petitioner Willie Johnson's deposition has been taken.

Petitioner needs to interview witnesses and lawyers prior to their depositions being taken.
Petitioner shall inform defendant on a rolling basis of the witnesses he intends to call and
shall identify all witnesses by 12/15/17.  Defendant shall identify its witnesses to petitioner
by 1/16/18.

The Court held an ex parte discussion re: funding with petitioner's counsel.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects
of the case, including settlement.  Parties **SHALL** conform to the attached instructions.
Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this
action.

     **IT IS SO ORDERED**.

Dated:  8/8/17

_____

SUSAN ILLSTON
United States District Judge