UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DARNELL JOHNSON, | Case No. 98-cv-04043-SI |
| Petitioner, | |
| v. | **ORDER** |
| RON DAVIS, Warden, San Quentin State Prison, | |
| Respondent. | |

The Court has received petitioner's motion to continue the evidentiary hearing. ECF Doc. No. 430. The pretrial conference scheduled for February 27, 2018 at 2:00 p.m. remains on calendar. Both of petitioner's counsel are expected to attend.

**IT IS SO ORDERED**.

Dated: February 26, 2018

_____
SUSAN ILLSTON
United States District Judge