UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DARNELL JOHNSON, Petitioner, v. RON DAVIS, Warden, San Quentin State Prison, Respondent. | Case No. 98-cv-04043-SI  **ORDER GRANTING IN PART PETITIONER'S MOTION TO CONTINUE THE EVIDENTIARY HEARING** |

On February 27, 2018, the Court held a pre-trial conference in the above-captioned capital habeas action in which the Court set the following schedule:

1. The evidentiary hearing is continued from Monday, March 12, 2018 to Monday, March 19, 2018. The Court will set aside two trial weeks for the hearing. The hearing shall occur between 8:30 a.m. and 3:30 p.m., Monday through Thursday.

2. Witnesses Nena Johnson and Wanda Smith shall be deposed no later than Tuesday, March 6. Petitioner's counsel are directed to contact the witnesses to advise them of the deposition dates and shall assist in the service of a subpoena on Witness Smith. If the depositions do not occur by March 6, the Court shall preclude introduction of testimony by these witnesses.

3. Petitioner is granted leave to file an opposition to respondent's motion *in limine* on or before Friday, March 2.

4. The parties shall conduct a mutual exchange of their version of trial counsel's records by Friday, March 2. The documents shall be served on either a CD-ROM or DVD.

//

5. Petitioner's counsel shall provide respondent's counsel with a list of intended witnesses in the order in which counsel intend to present said witnesses twenty-four hours prior to calling them to the stand.

**IT IS SO ORDERED**.

Dated: February 27, 2018

_____
SUSAN ILLSTON
United States District Judge