LAW OFFICES OF RICHARD B. MAZER
RICHARD B. MAZER (SBN 49632)
 99 Divisadero Street
 San Francisco, California 94117
 Tel: 415.621.4100
 Fax: 415.621.4111
 Email: richardbmazer@gmail.com

LAW OFFICES OF WILLIAM OSTERHOUDT
WILLIAM L. OSTERHOUDT (SBN 43021)
135 Belvedere Street
 San Francisco, California 94117
 Telephone (415) 664-4600
 Facsimile (415) 664-4691
 Email: osterhoudt@aol.com
*Attorneys for Petitioner*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **WILLIE D. JOHNSON,**<br><br>　　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**RON DAVIS, Warden, San Quentin State Prison,**<br><br>　　　　　　　　　　　　　Respondent. | <u>DEATH PENALTY CASE</u><br><br>C 98-4043 SI<br><br>**PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Evidentiary hearing date: March 19, 2018 |

**PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To the Honorable Susan Illston, United States District Judge of the United States District

Court for the Northern District of California:

Petitioner respectfully petitions the Court to issue a Writ of Habeas Corpus Ad

Testificandum for the prisoner Willie D. Johnson, whose place of custody and jailor are set forth

in the requested Writ, attached hereto, and your petitioner avers that the prisoner is required to

PETITION FOR AND WRIT OF HABEUS CORPUS AD TESTIFICANDUM

appear in the above-entitled matter in this Court March 19, 2018, at 8:30 a.m., and therefore petitioner requests that this Court issue the Writ as presented.

This is a 28 U.S.C. § 2254 habeas corpus action filed in 1998, by California capital inmate Willie Darnell Johnson, challenging his Contra Costa County conviction and death sentence for first degree murder, attempted murder, and related offenses, with special circumstances. The claim for which the March 19, 2018, evidentiary hearing is being held is Petitioner's Claim I, that he is actually innocent of the offenses of which he was convicted in 1987. Petitioner's presence at that hearing is necessary to a fair determination of the issues at the hearing. He is confined at San Quentin Prison, San Quentin, California.

Should the Court issue this Order, representatives of the United States' Marshall's Office are instructed to transport Willie D. Johnson from San Quentin State Prison on or about March 19, 2018, for access to the U.S. Courthouse/Federal Building, to United States District Court for the Northern District of California, 450 Golden Gate Ave., Courtroom 1 - 17th Floor, San Francisco, CA 94102, the Honorable Susan Illston, presiding.

Dated: March 13, 2018



/s/ *William L. Osterhoudt*
WILLIAM L. OSTERHOUDT
Law Office of William L. Osterhoudt
*Attorney for Petitioner*

/s/ *Richard B. Mazer*
RICHARD B. MAZER
Law Office of Richard B. Mazer
*Attorney for Petitioner*

PETITION FOR AND WRIT OF HABEUS CORPUS AD TESTIFICANDUM

**THE PRESIDENT OF TBE UNITED STATES OF AMERICA**

      To:    United States' Marshall's Office, 450 Golden Gate Avenue, San Francisco, California 94102

GREETINGS

      WE COMMAND that on March 19, 2018, you have and produce the body of Willie Darnell Johnson, in your custody in the above-referenced institution, before the United States District Court in and for the Northern District of California, in the Courtroom of Judge Susan Illston, Courtroom 1 - 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so Willie Darnell Johnson may then and there appear for a hearing in the above-captioned case at 8:30 a.m. on March 19, 2018.

      WITNESS the Honorable Judge Susan Illston, United States District Judge of the United States District Court for the Northern District of California.

Dated: March 14, 2018

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*/s/ T. Kasamoto*
DEPUTY CLERK



PETITION FOR AND WRIT OF HABEUS CORPUS AD TESTIFICANDUM