Richard B. Mazer SBN: 49632
Law Office of Richard B. Mazer
99 Divisadero St.
San Francisco, CA 94117
Tel: 415 621 4100

William L. Osterhoudt SBN 43021
Law Offices of William L. Osterhoudt
135 Belvedere Street
San Francisco, CA 94117
Tel (415 664-4600
Fax: (415) 664-4691
Email Osterhoudt@aol.com

Attorneys for Defendant
Willie D. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **WILLIE D. JOHNSON,** Petitioner, v. **RON DAVIS, Warden, San Quentin State Prison,** Respondent, | C 98-4043 SI <br> <u>DEATH PENALTY CASE</u> <br> **PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** <br> AMENDED <br> Evidentiary Hearing Date: March 19, 2018 |

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFCANDUM

To the Honorable Susan Illston, United States District Judge of the United States District Court for the Northern District of California:

Petitioner respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Testificandum for the prisoner Willie D. Johnson, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is required to

**PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**     1

appear in the above-entitled matter in this Court March 19, 2018, at 8:30 a.m., and therefore petitioner requests that this Court issue the Writ as presented.

This is a 28 U.S.C. section 2254 habeas corpus action filed in 1998, by California capital inmate Willie Darnell Johnson, challenging his Contra Costa County conviction and death sentence for first degree murder, attempted murder, and related offenses, with special circumstances. The claim for which the March 19, 2018, evidentiary hearing is being held is Petitioner's Claim I, that he is actually innocent of the offenses of which he was convicted in 1987. Petitioner's presence at that hearing is necessary to a fair determination of the issues at the hearing. He is confined at San Quentin Prison, San Quentin, California.

Should the Court issue this Order, Ron Davis, Warden of San Quentin and/or the California Department of Corrections or their agents are instructed to transport Willie D. Johnson from San Quentin State Prison on or about March 19, 2018, at 8:30 a.m. and for the duration of the hearing for access to the U.S. Courthouse/Federal Building, to United States District Court for the Northern District of California, 450 Golden Gate Ave., Courtroom 1-17th Floor, San Francisco, CA 94102, the Honorable Susan Illston, presiding.

Dated: March 14, 2018                 Respectfully Submitted,

/s/
RICHARD B. MAZER
Attorney for Defendant,
WILLIE D. JOHNSON

/s/
WILLIAM L. OSTERHOUDT
Attorney for Defendant,
WILLIE D. JOHNSON

**PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To:   Ron Davis, Warden, San Quentin State Prison and/or the California Department of Corrections and Rehabilitation

GREETINGS

WE COMMAND that on March 19, 2018, you have and produce the body of Willie Darnell Johnson, in your custody in the above-referenced institution, before the United States District Court in and before the Northern District of California, In the Courtroom of Judge Illston, Courtroom 1 – 17th Floor, 450 Golden Gate Ave, San Francisco Ca 94102, so Willie Darnel Johnson may then and there appear for a hearing in the above-captioned case at 8:30 a.m. on March 19, 2018 and for the duration of the hearing.

WITNESS the Honorable Judge Susan Illston, United States District Judge of the United States District Court for the Northern District of California.

Dated: March 14, 2018

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*/s/ T. Kasamoto*
DEPUTY CLERK

PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIE D. JOHNSON,<br><br>　　　　Petitioner,<br><br>vs.<br><br>RON DAVIS, Warden, San Quentin State Prison,<br><br>　　　　Respondent. | No. C 98-4043 SI<br><br>[PROPOSED] ORDER DIRECTING WARDEN RON DAVIS AND/OR THE CALIFORNIA DEPARTMENT OF CORRECTIONS TO PRODUCE SAN QUENTIN INMATE WILLIE D. JOHNSON TO THE UNITED STATES DISTRICT COURT |

GOOD CAUSE HAVING BEEN FOUND and upon application of Petitioner, Willie D. Johnson, by and through his counsel, Richard B. Mazer and William L. Osterhoudt, made pursuant to the United States Constitution and Title 28 U.S.C. section 2254,

IT IS HEREBY ORDERED that Ron Davis, Warden of San Quentin State Prison and/or the California Department of Corrections and Rehabilitation transport and produce Mr. Johnson to the United States Court for the Northern District of California, San Francisco, 450 Golden Gate Avenue, Courtroom 1, 17th floor, San Francisco, California, the Honorable Susan Illston, presiding on March 19, 2018 at 8:30 a.m. for the duration of the hearing.

DATED: 3/14/18

_Susan Illston_
Honorable Susan Illston, United States District Judge