# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DARNELL JOHNSON, | Case No. 98-cv-04043-SI |
| Petitioner, | |
| v. | **ORDER REQUIRING JOINT STIPULATION FOR CLOSING ARGUMENT DATE** |
| RON DAVIS, Warden, San Quentin State Prison, | |
| Respondent. | |

On March 22, the parties were directed to file by Friday, March 30, a brief discussing a) the legal question to be addressed by the evidentiary hearing and b) petitioner's burden of proof. Additionally, the Court scheduled the evidentiary hearing's closing arguments to take place on April 5.

To date, petitioner has failed to file his brief and the parties have indicated that April 5 does not work with all attorneys' schedules but have failed to meet and confer as requested regarding an acceptable date for rescheduling the closing arguments. The parties are hereby ORDERED to meet and confer and submit to the Court a date for closing arguments during the week of April 23. Additionally, the Court *sua sponte* grants Petitioner until Wednesday, April 5 to file his brief. No brief will be accepted after that date.

**IT IS SO ORDERED**.

Dated: April 2, 2018

_____
SUSAN ILLSTON
United States District Judge