UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DARNELL JOHNSON, <br>     Petitioner, <br>    v. <br> RON DAVIS, Warden, San Quentin State Prison, <br>     Respondent. | Case No. 98-cv-04043-SI <br><br> **ORDER GRANTING MOTION FOR EXTENSION OF TIME** <br><br> Re: Dkt. No. 475 |

Good cause appearing, Petitioner's motion for an extension of time in which to file a post-hearing brief is granted. Petitioner's brief is now due on or before August 6, 2018. Respondent's answer is due September 5, 2018 and the reply brief is due September 19.

The oral argument scheduled for this matter on August 23, 2018 is vacated. Oral argument now shall take place October 4, 2018 at 10:00 a.m. in Courtroom 1, Floor 17.

**IT IS SO ORDERED**.

Dated: June 18, 2018

SUSAN ILLSTON
United States District Judge