UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DARNELL JOHNSON,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden, San Quentin State Prison,<br><br>    Respondent. | Case No. 98-cv-04043-SI<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 477 |

Petitioner seeks a second extension of time in which to file a post-hearing brief. Petitioner indicates in his motion that this will be his final such request. Good cause appearing therefor, the motion is GRANTED.

The post-hearing brief is now due on October 1, 2018. The answer is due on October 31 and the reply is due on November 14. The oral argument scheduled for October 5, 2018 at 10 a.m. is vacated and rescheduled for December 20 at 10 a.m. in Courtroom 1, Floor 17.

If Petitioner intends to attend the oral argument, counsel shall prearrange for the issuance of a writ of habeas corpus ad testificandum.

**IT IS SO ORDERED**.

Dated: August 6, 2018

_____
SUSAN ILLSTON
United States District Judge