UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DARNELL JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT L. AYERS, JR., et al.,<br><br>Defendants. | Case No. 98-cv-04043-SI<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>Re: Dkt. No. 467 |

Respondent's motion to seal a transcript from a sealed hearing in the trial court is GRANTED.

**IT IS SO ORDERED**.

Dated: August 18, 2018

SUSAN ILLSTON
United States District Judge