Richard B. Mazer SBN: 49632
Law Office of Richard B. Mazer
99 Divisadero St.
San Francisco, CA 94117
Tel: 415 621 4100

William L. Osterhoudt SBN 43021
Law Offices of William L. Osterhoudt
135 Belvedere Street
San Francisco, CA 94117
Tel (415) 664-4600
Fax: (415) 664-4691
Email Osterhoudt@aol.com

Attorneys for Defendant
Willie D. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **WILLIE D. JOHNSON,**<br>Petitioner,<br>v.<br>**RON DAVIS, Warden, San Quentin State Prison,**<br>Respondent, | C 98-4043 SI<br><br>DEATH PENALTY CASE<br>CORRECTED<br>PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br>DATE: ~~August 19, 2019~~ August 23, 2019<br>TIME: ~~9:00a.m.~~ 10:00 a.m.<br><br>COURTROOM OF THE<br>HONORABLE SUSAN ILLSTON |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFCANDUM**

To the Honorable Susan Illston, United States District Judge of the United States District Court for the Northern District of California:

**PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Petitioner respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Testificandum for the prisoner Willie D. Johnson, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is required to appear in the above-entitled matter in this Court ~~August 19, 2019 at 9:00 a.m~~. August 23, 2019 at 10:00 a.m., and therefore petitioner requests that this Court issue the Writ as presented.

This is a 28 U.S.C. section 2254 habeas corpus action filed in 1998, by California capital inmate Willie Darnell Johnson, challenging his Contra Costa County conviction and death sentence for first degree murder, attempted murder, and related offenses, with special circumstances. The Court has set August 19, 2019 at 9:00am for argument on Claim I, that Petitioner is actually innocent of the offenses for which he was convicted in 1987. Petitioner's presence at that hearing is necessary to a fair determination of the issues at the hearing. He is confined at San Quentin Prison, San Quentin, California.

Should the Court issue this Order, representatives to the warden of San Quentin are instructed to transport Willie D. Johnson from San Quentin State Prison on or before ~~August 19, 2019~~ August 23, 2019 at ~~9:00a.m~~. 10:00 a.m., for the duration of the hearing for access to the U.S. Courthouse/Federal Building, to United States District Court for the Northern District of California, 450 Golden Gate Ave., Courtroom 1-17th Floor, San Francisco, CA, 94102, the Honorable Susan Illston, presiding.

Dated: August 5, 2019                     Respectfully Submitted,


                                                      _____/s/_____
                                                      RICHARD B. MAZER
                                                      Attorney for Defendant,
                                                      WILLIE D. JOHNSON

**PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/s/_____
WILLIAM L. OSTERHOUDT

Attorney for Defendant,
WILLIE D. JOHNSON

**PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: Ron Davis, Warden, San Quentin State Prison

GREETINGS

WE COMMAND that on **August 23, 2019**, you have and produce the body of Willie Darnell Johnson, in your custody in the above-referenced institution, before the United States District Court in and before the Northern District of California, in the Courtroom of Judge Illston, Courtroom 1 – 17th Floor, 450 Golden Gate Avenue, San Francisco, CA, 94102, so Willie Darnell Johnson may then and there appear for a hearing in the above-captioned case at **10:00 a.m. on August 23, 2019**.

Dated: August_____, 2019
                                            CLERK
                                            UNITED STATES DISTRICT COURTY
                                            NORTHERN DISTRICT OF CALIFORNIA

                                            _____
                                            DEPUTY CLERK

**PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**