UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD, Warden, San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 98-cv-4043-SI<br><br>DEATH PENALTY CASE<br><br>**ORDER REQUESTING RESPONSE TO MOTION TO RECONSIDER** |

　　　　The Court directs respondent to file a response to petitioner's Motion To Reconsider the Order Regarding Claim I and H (Dkt. No. 538) by February 8, 2021. Petitioner shall file a reply within 30 days of the date of filing of respondent's response.

　　**IT IS SO ORDERED.**

Dated: January 5, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge