UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DARNELL JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD,<br><br>　　　　Respondent. | Case No. 98-cv-04043-SI<br><br>**ORDER REGARDING MOTION FOR CLARIFICATION**<br><br>Re: Dkt. No. 550 |

Petitioner has filed a motion requesting clarification of the status of claims contained in his habeas petitioner. A review of the record reveals the following:

1) Claims B, C, D and a portion of claim Q involving allegations that jurors consumed alcohol during deliberations were denied an evidentiary hearing. ECF Dkt. No. 119. The Court did not, however, address the merits of these claims.

2) Portions of claims J, P, R, T, U, V and W have been stricken. ECF Dkt. No. 287.

3) Claims A, H, I, P and a portion of claim Q alleging that jurors were exposed to extra-record statements during deliberations have been denied on the merits. ECF Dkt. Nos. 379, 538 & 549.

It appears that the remaining claims of the petition have not been adjudicated. The Court directs the parties to submit a joint statement outlining a proposed litigation schedule for the remainder of petitioner's claims by May 31, 2022.

**IT IS SO ORDERED**.

Dated: March 29, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge