United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE JOHNSON,

    Petitioner,

v.

RON BROOMFIELD, Warden, San Quentin State Prison,

    Respondent.

Case No. 98-cv-4043-SI

**ORDER REFERRING CASE TO JUDGE VINCE CHHABRIA FOR SETTLEMENT**

The Court refers this case to Judge Vince Chhabria for a settlement conference on a date that he determines. The Contra Costa County District Attorney's Office is encouraged to participate in the settlement conference, and the Attorney General is directed to serve this Order on the Contra Costa County District Attorney. The parties are directed to file a joint status report no later than 14 days after the conference.

**IT IS SO ORDERED**.

Dated: June 8, 2023

SUSAN ILLSTON
United States District Judge